No. 21-16809
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
_____

JAMES CUPP; LAWRENCE "WOLF" HAVEN,

*Plaintiffs-Appellants*,

v.

KAMALA HARRIS, ET AL

*Defendant-Appellee*.

On Appeal from the United States District Court
for the Easter District of California
No. 16-cv-00523-TLN-KJN
Hon. Troy L. Nunley

_____

**APPELLANTS' MOTION TO FILE A NEW OPENING/AMENDED BRIEF**
_____

Gary W. Gorski (SBN 166526)
***VETERANS LAW CENTER***
3017 Douglas Blvd. Suite 150
Roseville, CA 95661
(406) 266-1000 / (775) 720-1000 (cell)
CivilRightsAttorney@BlackWolfLaw.com
www.veteranslawcenter.com

Daniel M. Karalash (SBN 176422)
***STRATEGIC LAW COMMAND***
3017 Douglas Blvd. Suite 150
Roseville, CA 95661
(916) 787-1234 / (916) 223-9884 (cell)
dan@stratlaw.org / www.stratlaw.org

***Attorneys for Appellants***

## APPELLANTS' MOTION TO FILE A NEW OPENING BRIEF, OR IN THE ALTERNATIVE, TO FILE AN AMENDED BRIEF

Appellants' request the Court to use its equitable power to permit Appellants to file an new opening brief as Appellants counsel, Mr. Gorski, mother passed-away on the day before the brief was due, and under the emotional stress of his mother's passing and accompanying issues, Mr. Gorski could not finish the brief to the degree required by the Court's standards and his own, though every effort was made to file the work product on the due date; the brief filed was only a draft. The Excerpts of Record were filed, and that filing is NOT subject to this motion. This motion is only related to the opening brief. Mr. Gorski respectfully requests an additional 14 days to filed and serve a new brief.

**Signature** /s/ Gary W. Gorski     **Date** Thursday, January 27, 2022

# DECLARATION OF GARY W. GORSKI IN SUPPORT

I, Gary W. Gorski, declare as follows:

1. I am the lead attorney of record for the plaintiffs and appellants, JAMES CUPP; LAWRENCE "WOLF" HAVEN. The following information is of my own personal knowledge.

2. The Opening Brief was originally due **December 27, 2021**.

3. A streamlined extension was granted, moving the filing date to **January 26, 2022**.

4. I am requesting an additional fourteen day leave of court to file an new opening brief as the brief filed is not up to the Court's standards.

5. My 94 year-old mother was unexpectedly hospitalized a week ago due to a fractured hip and femur. After a very painfully surgery, she passed away on January 25, 2022. Suffice it to say, I have been emotionally and mentally distracted by her passing and could not complete the opening brief.

6. Though my Excerpts of Record was finalized and filed, I could not complete my opening brief.

7. Though I filed an opening brief which identifies all the factual issues, I was unable to complete my argument and proof the work product.

8. I filed the brief as a showing of good faith that I actually was close to completion, and that it just needed to be cleaned upped, formatted and further legal argument needed to be added.

9. Since my Excerpts of Record was timely filed, and the draft brief filed points out the issues, this should only be a limited inconvenience to the Court and parties. The brief filed is an outline identifying the key facts and argument in an undeveloped and disorganized state.

10. I have consulted with opposing counsel on the issue as I wanted to inform the Court before the clerks started to spend time on the filings.

11. Because of the circumstances, I respectfully request the Court to exercise its inherent power to grant me leave to file a new opening brief in the interest of justice.

I declare that the above information is true and correct under the penalty of perjury. Executed in Folsom, California.

**Signature** /s/ Gary W. Gorski     **Date** Thursday, January 27, 2022