**FILED**

UNITED STATES COURT OF APPEALS

MAR 24 2022

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES EDWARD CUPP; LAWRENCE HAVEN,<br><br>        Plaintiffs-Appellants,<br><br> v.<br><br>KAMALA D. HARRIS; et al.,<br><br>        Defendants-Appellees,<br><br> and<br><br>CITY OF CITRUS HEIGHTS; et al.,<br><br>        Defendants. | No. 21-16809<br><br>D.C. No. 2:16-cv-00523-TLN-KJN<br>Eastern District of California, Sacramento<br><br>ORDER |

     Appellees' unopposed motion (Docket Entry No. 16) to stay appellate proceedings is granted. The previously established briefing schedule is vacated.

     Appellate proceedings are stayed until resolution of *Young v. Hawaii*, Sup. Ct. Dkt. No. 20-1639, and *Duncan v. Bonta*, Sup. Ct. Dkt. No. 21-1194, or until further order of this court.

     Appellees shall file a status report on June 27, 2022, and every 90 days thereafter while *Young v. Hawaii* and *Duncan v. Bonta* remain pending. Status reports should include any change in the status of the cases and the estimated date of resolution, if known.

     Appellees shall notify the court by filing a status report within 7 days of the

3/21/2022/Pro Mo

resolution of *Young v. Hawaii* or *Duncan v. Bonta*.

Failure to file a status report may terminate the stay of appellate proceedings.

The remaining briefing schedule will be reset in a future order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7