21-16809

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**JAMES EDWARD CUPP, et al.,**

                Plaintiffs-Appellants,

v.

**KAMALA D. HARRIS, Attorney General of the State of California, in her official capacity only; et al.,**

                Defendants-Appellees.

On Appeal from the United States District Court
for the Eastern District of California

No. 2:16-cv-00523-TLN-KJN
The Honorable Troy L. Nunley, Judge

## DEFENDANT-APPELLEE ATTORNEY GENERAL ROB BONTA'S STATUS REPORT

Rob Bonta
Attorney General of California
Thomas S. Patterson
Senior Assistant Attorney General
Benjamin M. Glickman
Supervising Deputy Attorney General

Anthony P. O'Brien
Deputy Attorney General
State Bar No. 232650
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-6002
Fax: (916) 324-8835
Email: Anthony.OBrien@doj.ca.gov
*Attorneys for Defendants Kamala D. Harris and Xavier Becerra, in their official capacities as former Attorneys General of California, and Rob Bonta, in his official capacity as Attorney General of California*

## STATUS REPORT

On March 24, 2022, this Court issued an order staying appellate proceedings in this matter pending the United States Supreme Court's decisions in *Duncan v. Bonta*, 19 F.4th 1087 (9th Cir. 2021) (en banc), petition for cert. filed (U.S. Feb. 28, 2022) (No. 21-1194), and *Young v. Hawaii*, 992 F.3d 765 (9th Cir. 2021) (en banc), petition for cert. filed (U.S. May 11, 2021) (No. 20-1639). The Court also ordered Appellees to file a status report on June 27, 2022 and every 90 days thereafter while *Young* and *Duncan* remain pending.

Pursuant to the Court's order, Defendant-Appellee Rob Bonta, in his official capacity at Attorney General of California, hereby notifies the Court that, as of the date of this status report, the petitions for certiorari for both *Duncan* and *Young* remain pending before the Supreme Court. Attorney General Bonta does not know of any estimated date of resolution for either petition.

/ / /

/ / /

Attorney General Bonta will file a further status report in 90 days. If, however, there is a change in the status of either *Duncan* or *Young* before the 90-day interval ends, Attorney General Bonta will notify the Court within seven days of that change.

Dated: June 27, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
BENJAMIN M. GLICKMAN
Supervising Deputy Attorney General

*/s/ Anthony P. O'Brien*

ANTHONY P. O'BRIEN
Deputy Attorney General
*Attorneys for Defendants Kamala D. Harris and Xavier Becerra, in their official capacities as former Attorneys General of California, and Rob Bonta, in his official capacity as Attorney General of California*

SA2021305344
36288071.docx

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Cupp, James Edward v. Kamala D. Harris, et al. [Appeal]** | No. | **21-16809** |

I hereby certify that on June 27, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT-APPELLEE ATTORNEY GENERAL ROB BONTA'S STATUS REPORT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 27, 2022, at Sacramento, California.

| Eileen A. Ennis | /s/ Eileen A. Ennis |
|---|---|
| Declarant | Signature |

SA2021305344
36288286.docx