21-16809

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**JAMES EDWARD CUPP, et al.,**

               Plaintiffs-Appellants,

v.

**KAMALA D. HARRIS, Attorney General of the State of California, in her official capacity only; et al.,**

               Defendants-Appellees.

On Appeal from the United States District Court
for the Eastern District of California

No. 2:16-cv-00523-TLN-KJN
The Honorable Troy L. Nunley, Judge

## DEFENDANT-APPELLEE ATTORNEY GENERAL ROB BONTA'S STATUS REPORT

R0B B0NTA
Attorney General of California
TH0MAS S. PATTERS0N
Senior Assistant Attorney General
BENJAMIN M. GLICKMAN
Supervising Deputy Attorney General

ANTHONY P. O'BRIEN
Deputy Attorney General
State Bar No. 232650
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6002
 Fax: (916) 324-8835
 Email: Anthony.OBrien@doj.ca.gov
*Attorneys for Defendants Kamala D. Harris and Xavier Becerra, in their official capacities as former Attorneys General of California, and Rob Bonta, in his official capacity as Attorney General of California*

## STATUS REPORT

On March 24, 2022, this Court issued an order staying appellate proceedings in this matter pending the United States Supreme Court's decisions in *Duncan v. Bonta*, 19 F.4th 1087 (9th Cir. 2021) (en banc), petition for cert. filed (U.S. Feb. 28, 2022) (No. 21-1194), and *Young v. Hawaii*, 992 F.3d 765 (9th Cir. 2021) (en banc), petition for cert. filed (U.S. May 11, 2021) (No. 20-1639). The Court also ordered Appellees to file a status report every 90 days thereafter while *Young* and *Duncan* remain pending, and to notify the Court within seven days of any changes to the status of the petitions in either *Duncan* or *Young*.

Pursuant to the Court's order, Defendant-Appellee Rob Bonta, in his official capacity at Attorney General of California, hereby notifies the Court that, on June 30, 2022, the U.S. Supreme Court granted the petitions for certiorari in both *Duncan* and *Young*. In the orders for both matters, the Supreme Court stated that the Ninth Circuit's "judgment is vacated and the case is remanded" to the Ninth Circuit "for further consideration in light of *New York State Rifle & Pistol Assn., Inc. v. Bruen*, 597 U.S. \_\_\_\_ (2022)." *Duncan v. Bonta*, petition for cert. granted (U.S. June 30, 2022) (No. 21-1194); see also *Young v. Hawaii*, petition for cert. granted (U.S. June 30, 2022) (No. 20-1639).

In both matters, the Supreme Court ordered that its "judgment or mandate . . . will not issue for at least 25 days [July 25, 2022] pursuant to Rule 45." *Id*. The

Supreme Court will also stay the judgment or mandate if a timely petition for rehearing is filed in either matter. *Id.*

The Attorney General is aware of the Motion to Lift the Stay filed on July 6, 2022 by Appellants and will file a response to that motion by the July 18, 2022 deadline.

| | |
|---|---|
| Dated: July 7, 2022 | Respectfully submitted, |
| | ROB BONTA<br>Attorney General of California<br>THOMAS S. PATTERSON<br>Senior Assistant Attorney General<br>BENJAMIN M. GLICKMAN<br>Supervising Deputy Attorney General |
| | */s/ Anthony P. O'Brien* |
| | ANTHONY P. O'BRIEN<br>Deputy Attorney General<br>*Attorneys for Defendants Kamala D. Harris and Xavier Becerra, in their official capacities as former Attorneys General of California, and Rob Bonta, in his official capacity as Attorney General of California* |

SA2021305344
36344081.docx

# CERTIFICATE OF SERVICE

Case Name:  **Cupp, James Edward v. Kamala D. Harris, et al. [Appeal]**  No. **21-16809**

I hereby certify that on <u>July 7, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT-APPELLEE ATTORNEY GENERAL ROB BONTA'S STATUS REPORT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>July 7, 2022</u>, at Sacramento, California.

|  |  |
|---|---|
| Eileen A. Ennis | /s/ Eileen A. Ennis |
| Declarant | Signature |

SA2021305344
36344080.docx