21-16809

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**JAMES EDWARD CUPP, et al.,**

                Plaintiffs-Appellants,

v.

**KAMALA D. HARRIS, Attorney General of the State of California, in her official capacity only; et al.,**

                Defendants-Appellees.

On Appeal from the United States District Court
for the Eastern District of California

No. 2:16-cv-00523-TLN-KJN
The Honorable Troy L. Nunley, Judge

**STIPULATION TO VACATE AND REMAND TO DISTRICT COURT; WITHDRAWAL OF MOTION TO LIFT STAY; [PROPOSED] ORDER**

<div style="display:flex">

Rob Bonta
Attorney General of California
Thomas S. Patterson
Senior Assistant Attorney General
Benjamin M. Glickman
Supervising Deputy Attorney General

Anthony P. O'Brien
Deputy Attorney General
State Bar No. 232650
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-6002
Fax: (916) 324-8835
Email: Anthony.OBrien@doj.ca.gov
*Attorneys for Defendants-Appellees Kamala D. Harris and Xavier Becerra, and Rob Bonta, in their official capacities as former and current Attorneys General of California*

</div>

## STIPULATION

The parties hereby stipulate, by and through their counsel of record, as follows:

That, in light of the United States Supreme Court's decision in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. \_\_\_\_, 142 S.Ct. 2111, 2022 WL 2251305 (June 23, 2022), the District Court's judgment in this matter should be vacated and this case should be remanded to the District Court for further proceedings consistent with the Supreme Court's decision in *Bruen*.

Because of the requested vacatur and remand of this matter, Plaintiffs-Appellants withdraw their Motion to Lift the Stay, filed on July 6, 2022.

/ / /

/ / /

**IT IS SO STIPULATED.**

Dated: July 15, 2022          Respectfully submitted,

ROB BONTA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
BENJAMIN M. GLICKMAN
Supervising Deputy Attorney General

*/s/ Tony O'Brien*
ANTHONY P. O'BRIEN
Deputy Attorney General
*Attorneys for Defendants-Appellees Kamala D. Harris and Xavier Becerra, and Rob Bonta, in their official capacities as former and current Attorneys General of California*

Dated: July 15, 2022          Respectfully submitted,

VETERANS LAW CENTER
STRATEGIC LAW COMMAND

*/s/ Gary W. Gorski*
GARY W. GORSKI, ESQ.
DANIEL M. KARALASH, ESQ.
*Attorneys for Plaintiffs-Appellants James Edward Cupp and Lawrence "Wolf" Haven*

SA2021305344
36361059.docx

2

## [PROPOSED] ORDER

Pursuant to the above stipulation between the parties, and for good cause shown, the Court orders as follows:

The District Court's judgment is vacated, and this case is remanded to the District Court for further proceedings consistent with the United States Supreme Court's decision in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. \_\_\_\_, 142 S.Ct. 2111, 2022 WL 2251305 (June 23, 2022). This order constitutes the mandate of this Court.

**IT IS SO ORDERED.**

Dated: _____  _____
PRESIDING JUDGE
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Cupp, James Edward v. Kamala D. Harris, et al. [Appeal]** | No. | **21-16809** |

I hereby certify that on July 18, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO VACATE AND REMAND TO DISTRICT COURT; WITHDRAWAL OF MOTION TO LIFT STAY; [PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on July 18, 2022, at Sacramento, California.

Eileen A. Ennis
Declarant

*/s/ Eileen A. Ennis*
Signature

SA2021305344
36368889.docx