```
                                                              FILED
         UNITED STATES COURT OF APPEALS
                                                              AUG 19 2022
            FOR THE NINTH CIRCUIT
                                                         MOLLY C. DWYER, CLERK
                                                          U.S. COURT OF APPEALS
```

| | |
|---|---|
| JAMES EDWARD CUPP; LAWRENCE HAVEN, | No. 21-16809 |
| Plaintiffs-Appellants, | D.C. No. 2:16-cv-00523-TLN-KJN Eastern District of California, Sacramento |
| v. | |
| ROB BONTA, | ORDER |
| Defendant-Appellee, | |
| and | |
| CITY OF CITRUS HEIGHTS; et al., | |
| Defendants. | |

Before: SCHROEDER, O'SCANNLAIN, and FORREST, Circuit Judges.

The joint motion to vacate and remand (Docket Entry No. 22) is granted. The October 1, 2021 judgment is vacated. This case is remanded to the district court for further proceedings consistent with the United States Supreme Court's decision in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2228 (2022).

All other pending motions are denied as moot.

**VACATED and REMANDED.**

AC/MOATT